1

2

3

4                    UNITED STATES DISTRICT COURT

5                   EASTERN DISTRICT OF CALIFORNIA

6

7   HERBERT MILLER,                    No.  2:14-cv-01266-GEB-KJN

8            Plaintiff,

9      v.                          **ORDER TO SHOW CAUSE AND**
                                   **CONTINUING STATUS (PRETRIAL**
10  LES ZIEVE, as Trustee,         **SCHEDULING) CONFERENCE; FED. R.**
                                   **CIV. P. 4(M) NOTICE**
11           Defendant.

12

13          The May 22, 2014, Order Setting Status (Pretrial

14  Scheduling) Conference scheduled a status conference in this case

15  on September 15, 2014, and required the parties to file a joint

16  status report no later than fourteen (14) days prior to the

17  scheduling conference. The May 22, 2014 Order further required a

18  status report be filed regardless of whether a joint report could

19  be procured. No status report was filed as ordered.

20          Therefore, Plaintiff is Ordered to Show Cause ("OSC")

21  in a writing to be filed no later than September 12, 2014, why

22  sanctions should not be imposed against him and/or his counsel

23  under Rule 16(f) of the Federal Rules of Civil Procedure for

24  failure to file a timely status report. The written response

25  shall also state whether Plaintiff or his counsel is at fault,

26  and whether a hearing is requested on the OSC.[1] If a hearing is

27  _____

    [1]    "If the fault lies with the attorney, that is where the impact of
28  sanction should be lodged.  If the fault lies with the clients, that is where
    the impact of the sanction should be lodged." In re Sanction of Baker, 744

                                    1

1  requested, it will be held on November 10, 2014, at 9:00 a.m.,

2  just prior to the status conference, which is rescheduled to that

3  date and time. A joint status report shall be filed no later than

4  fourteen (14) days prior to the status conference.

5      Further, Plaintiff is notified under Rule 4(m) of the

6  Federal Rules of Civil Procedure that failure to serve Defendant

7  Les Zieve with process within the 120 day period prescribed in

8  that Rule may result in the action being dismissed. To avoid

9  dismissal, on or before September 22, 2014, Plaintiff shall file

10  proof of service for the defendant or a sufficient explanation

11  why service was not completed within Rule 4(m)'s prescribed

12  service period.

13      IT IS SO ORDERED.

14  Dated:  September 4, 2014

15

16          _____

17          GARLAND E. BURRELL, JR.
        Senior United States District Judge

18

19

20

21

22

23

24

25

26

27  F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).
Sometimes the faults of attorneys, and their consequences, are visited upon

28  clients. Myers v. Shekter (In re Hill), 775 F.2d 1385, 1387 (9th Cir. 1985).