1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   EASTERN DISTRICT OF CALIFORNIA

7

8   HERBERT MILLER,                    No.  2:14-cv-01266-GEB-KJN

9            Plaintiff,               **FED. R. CIV. P. 4(M) NOTICE**

10       v.

11  LES ZIEVE, as Trustee,

12           Defendant.

13

14          Plaintiff states in his September 12, 2014 Response to

15  Order to Show Cause & Fed. R. Civ. P. 4(m) Notice, in relevant

16  part:

17              To date, Plaintiff's counsel has been
            unable to serve the defendant. Defendant has
18          an  active  website  which  identifies  his
            business  address  among  his  contact
19          information.  However,  when  our  process
            servicer went to the location indicated on
20          the website, he learned that the business is
            permanently  closed.  Subsequent  efforts  to
21          serve the defendant have been unsuccessful.

22  (Pl.'s Resp. 2:2-6, ECF No. 7.)

23          In light of these representations, Plaintiff is granted

24  an extension under Federal Rule of Civil Procedure ("Rule") 4(m)

25  to effectuate service on Defendant until and including October

26  17, 2014. Plaintiff is notified under Rule 4(m) that failure to

27  serve Defendant with process by October 17, 2014, may result in

28  the  action  being  dismissal  for  failure  of  service  and/or

                                1

1  prosecution. To avoid dismissal, on or before October 20, 2014,

2  Plaintiff shall file proof of service or a filing providing

3  sufficient explanation why service was not completed within the

4  extended service period.

5  Dated:  October 3, 2014

6

7  _____

8  GARLAND E. BURRELL, JR.
   Senior United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2