# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT MILLER,<br><br>        Plaintiff,<br><br>vs.<br><br>LES ZIEVE, as TRUSTEE<br><br>        Defendants. | CASE NO.:  2:14-cv-01266-GEB-KJN<br>Date Action Filed:  May 22, 2014<br><br>Assigned for All Purposes to<br>Hon. Garland E. Burrell<br>Dept. 10<br><br>**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br><br>Trial Date:  None set. |

///

///

1   The Court, having read the Joint Stipulation to Continue the Status Conference
2   currently set for January 26, 2015, hereby continues the Status Conference to
3   April 20, 2015, commencing at 9:00 a.m., in courtroom 10.  A joint status report shall be
4   filed fourteen days prior to the hearing.
5   Dated:  January 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge