Charles T. Marshall, Esq, (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel St. #405
San Diego, CA. 92101
Tel: (619) 807-2628
Fax: (866) 575-7413
Email: cmarshall@marshallestatelaw.com

Attorney for HERBERT MILLER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>LES ZIEVE, as TRUSTEE<br><br>    Defendants. | CASE NO.:   2:14-cv-01266-GEB-KJN<br>Date Action Filed:   May 22, 2014<br><br>Assigned for All Purposes to<br>Hon.  Garland E. Burrell<br>Dept.  10<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:   APRIL 20, 2015<br>Time:   9:00 a.m.<br>Ctrm.:   10<br><br><br>Trial Date: None set. |

**TO THE HONORABLE COURT:**

Subject to the approval of this Court, Plaintiff  HERBERT MILLER (herein "Plaintiff) and defendant LAW OFFICES OF LES ZIEVE (herein "Defendant"), (collectively, "the Parties") through their undersigned counsel hereby submits this joint stipulation to continue the pretrial status conference ("Status Conference") currently set for April 20, 2015.

## **RECITALS**

1. Plaintiff filed his Complaint on May 22, 2014, as docket entry number one (1).

2. On May 22, 2014, a summons was issued as to defendant Law Offices of Les Zieve.

3. On September 5, 2014, the court set a Status Conference for November 10, 2014.

4. On October 31, 2014, Defendant filed and served a Notice of Motion and Motion to Dismiss ("Motion to Dismiss"), pursuant to Federal Rules of Civil Procedure 12(b) (6) and 12(b)(7) on Plaintiff's counsel of record, recognized as docket entry number ten (10).

5. On November 5, 2014, the Court issued a Minute Order, entered as docket number twelve (12), stating that the Status Conference has been rescheduled for January 26, 2015.

6. On December 4, 2014, the court issued a Minute Order as docket number fifteen (15), advising the hearing on the Motion to Dismiss scheduled for hearing on December 8, 2014, is submitted without oral argument.

7. On January 13, 2015, the court granted an order continuing Status Conference to April 20, 2015.

8. On April 3, 2015, the Parties conferred regarding the status of this litigation and have agreed to await the court's ruling on the pending Motion to Dismiss to engage in any settlement or discovery discussions and have further agreed to continue the Status Conference 60 to 90 days.

//
//
//
//
//

1  **IT IS HEREBY STIPULATED** by and between the Parties that the Status
2  Conference currently scheduled for April 20, 2015, be continued 60 to 90 days.

5  DATED:  April 3, 2015                    LAW OFFICES OF LES ZIEVE

                                            By:  /s/ John C. Steele
                                                 John C. Steele, Esq.
                                                 Attorney for Defendant
                                                 LAW OFFICES OF LES ZIEVE


                                            LAW OFFICES OF CHARLES T. MARSHALL


   DATED: April 3, 2015                     By:  /s/ Charles T. Marshall
                                                 CHARLES T. MARSHALL
                                                 Attorney for Plaintiff Herbert Miller

# ORDER

The Court, having read the Joint Stipulation to Continue the Status Conference currently set for April, 2015, hereby continues the Status Conference to June 22, 2015, at 9:00 a.m., in courtroom 10 of the above-entitled court. A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

**Dated:  April 7, 2015**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proof of Service