UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HERBERT MILLER,

        Plaintiff,

  v.

LAW OFFICE OF LES ZIEVE,

        Defendant.

No.  2:14-cv-01266-GEB-KJN

**ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE**

        The June 10, 2015 Minute Order scheduled a status conference in this case on August 31, 2015, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. No status report was filed as ordered.

        Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than August 28, 2015, why sanctions should not be imposed against him and/or his counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether Plaintiff or his counsel is at fault, and whether a hearing is requested on the OSC.[1] If a hearing is

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." In re Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon

requested, it will be held on November 23, 2015, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A *joint* status report shall be filed no later than fourteen (14) days prior to the status conference.

  Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant Law Office of Les Zieve with process within the 120 day period prescribed in that Rule may result in the action being dismissed. To avoid dismissal, on or before November 20, 2015, Plaintiff shall file proof of service for Defendant or a sufficient explanation why service was not completed within Rule 4(m)'s prescribed service period.

  IT IS SO ORDERED.

Dated: August 19, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

clients. *Myers v. Shekter (In re Hill)*, 775 F.2d 1385, 1387 (9th Cir. 1985).