UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT MILLER,<br><br>           Plaintiff,<br><br>    v.<br><br>LAW OFFICE OF LES ZIEVE,<br><br>           Defendant. | No.  2:14-cv-01266-GEB-KJN<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Plaintiff was issued an Order to Show Cause ("OSC") on August 20, 2015, for failing to file a status report, to which Plaintiff responded. (See ECF Nos. 25, 30.)

Although Plaintiff's Response to the OSC indicates Plaintiff's counsel could be sanctioned, the undersigned judge will not impose a sanction this time. Therefore, Plaintiff's request for a hearing on the OSC is unnecessary, and no hearing is scheduled.

Dated:  September 17, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge