LAW OFFICES OF LES ZIEVE
JOHN C. STEELE, Bar No. 179875
jsteele@zievelaw.com
RYAN K. WOODSON, Bar No. 224765
rwoodson@zievelaw.com
30 Corporate Park, Suite 450
Irvine, CA  92606
Tel.:  (714) 848-7920
Fax:  (714) 908-2615

Attorneys for Defendant
Law Offices of Les Zieve (erroneously
sued as Law Office of Les Zieve)

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERBERT MILLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAW OFFICE OF LES ZIEVE,<br><br>　　　　　Defendant. | Case No. 2:14-cv-01266-GEB-KJN<br>Date filed:  May 22, 2014<br><br>*Assigned for all Purposes to:*<br>Hon. Garland E. Burrell<br>Ctrm. 10<br><br>**DEFENDANT LAW OFFICES OF LES ZIEVE'S NOTICE OF MOTION TO DISMISS PLAINTIFF HERBERT MILLER'S FIRST AMENDED COMPLAINT**<br><br>*(Filed concurrently with Memorandum of Points and Authorities, Request for Judicial Notice, and Proposed Order)*<br><br>Date:　　　November 30, 2015<br>Time:　　　9:00 a.m.<br>Ctrm.:　　　10<br><br>Trial Date:　　None set |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 30, 2015, at 9:00 a.m. or as soon as the

matter may be heard in Courtroom 10 of the above-entitled court located at 501 I Street, 13th

1

1  Floor, Sacramento, California 95814, Defendant Law Offices of Les Zieve (erroneously sued as
2  Law Office of Les Zieve) ("Zieve") will move this Court to dismiss Plaintiff Herbert Miller's
3  ("Plaintiff") First Amended Complaint without leave to amend for failing to state any claim upon
4  which relief can be granted pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*.

Zieve's Motion to Dismiss will be based on its Notice of Motion, Motion to Dismiss, Memorandum of Points and Authorities, Request for Judicial Notice, the pleadings and papers on file in this action, and on any arguments provided at the hearing. The relief sought by Zieve's Motion is the dismissal of Plaintiff's First Amended Complaint with prejudice.

DATED:  October 6, 2015                    LAW OFFICES OF LES ZIEVE


                                           By:  /s/ Ryan K. Woodson
                                               RYAN K. WOODSON
                                               JOHN C. STEELE
                                               Attorneys for Defendant
                                               Law Offices of Les Zieve

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Law Offices of Les Zieve, whose business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606.

On October 6, 2015, I served the within document(s) described as: **DEFENDANT LAW OFFICES OF LES ZIEVE'S NOTICE OF MOTION TO DISMISS PLAINTIFF HERBERT MILLER'S FIRST AMENDED COMPLAINT** on the interested parties in this action:

☒   by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)
☒   addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone/Fax/E-mail | Role |
|---|---|---|
| Charles T. Marshall<br>Attorney at Law<br>415 Laurel Street, Suite 405<br>San Diego, CA 92101 | Tel.: 619-807-2628<br>Fax: 866-575-7413<br>cmarshall@marshallestatelaw.com | Attorney for Plaintiff Herbert Miller |

☐   **BY MAIL** (F.R.Civ.P, rule 5(b)(1); F.R.Civ.P., rule 5(b)(2)(C))—I deposited such envelope(s) for processing in the mailroom in our offices, having been address to each party's attorney(s) of record at their last known address. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.

☒   **CM/ECF** (U.S. District Court, Eastern District of California, Local Civil Rule 5-135)— The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above.

☒   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 6, 2015, Irvine, California.

                                    /s/ Rosie Martinez
                                    ROSIE MARTINEZ