UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT MILLER, | No. 2:14-cv-01266-GEB-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| LAW OFFICE OF LES ZIEVE, | |
| Defendant. | |

Plaintiff's Motion for Voluntary Dismissal filed November 9, 2015, in which he seeks to dismiss this case "in its entirety . . . against LES ZIEVE as Trustee pursuant to [Federal Rule of Civil Procedure] 41(a)(2)" is denied as moot since the referenced party is not a named Defendant in the operative complaint. (See First Amended Complaint, ECF No. 23.)

Dated:  November 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1